## ROUSE v. CLOUGHLEY.

(Circuit Court of Appeals, Eighth Circuit. March 22, 1895.)

### No. 539.

In Error to and Appeal from the Circuit Court of the United States for the District of Kansas.

T. N. Sedgwick, for plaintiff in error and appellant.
F. H. Foster and W. B. Glasse, for defendant in error and appellee.

Before CALDWELL, SANBORN, and THAYER, Circuit Judges.

CALDWELL, Circuit Judge. This case is on all fours with the case of Rouse v. Hornsby (decided at the present term) 67 Fed. 219, and is affirmed on the authority of that case.